IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-579<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
OF VERSAMED MEDICAL SYSTEMS, INC.**

  The undersigned, counsel for Defendant VersaMed Medical Systems, Inc., furnishes the following statement in compliance with Fed. R. Civ. P. 7.1:

  VersaMed Corporation, a privately held corporation, is the parent of Defendant VersaMed Medical Systems, Inc. No publicly held company owns ten percent or more of the stock of VersaMed Medical Systems, Inc. or VersaMed Corporation.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld (#1014)*
          _____
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          PO. Box 1347
          Wilmington, DE 19899
          (302) 658-9200

          *Attorneys For Defendant*
          VersaMed Medical Systems, Inc.

OF COUNSEL:

Steven P. Weihrouch, Esq.
Andrew M. Ollis, Esq.
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

September 26, 2006
538642

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on September 26, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Tiffany Geyer Lydon
> ASHBY & GEDDES

I also certify that copies were caused to be served on September 26, 2006 upon the following in the manner indicated:

### **BY HAND**

> Tiffany Geyer Lydon
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899

*/s/    Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld
jblumenfeld@mnat.com