IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-579-SLR<br>)<br>)<br>)<br>) |

## REPLY TO VERSAMED MEDICAL SYSTEMS, INC.'S COUNTERCLAIMS

In response to the Counterclaims asserted by Defendant-Counterclaimant, VersaMed Medical Systems, Inc. (hereinafter "VersaMed"), which begin on page 3 of VersaMed's ANSWER AND COUNTERCLAIMS (D.I.4), filed on September 26, 2006, Plaintiffs, Viasys Respiratory Care Inc., Viasys Manufacturing Inc., and Bird Products Corporation, ("VRCI," "VMI," and "Bird Products," respectively), through their attorneys, reply and answer as set forth herein. Plaintiffs hereby deny any and all allegations not specifically admitted herein and state as follows:

### VERSAMED'S COUNTERCLAIMS

1. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of these allegations.

2. Admitted.

3. Admitted.

4. Admitted.

5. Plaintiffs admit that there is an actual and justiciable controversy between Plaintiffs and VersaMed with respect to infringement of United States Patent No. 6,877,511 (hereinafter the "'511 Patent."). Plaintiffs deny the remainder of the allegations.

6. Plaintiffs admit that defendant purports to bring this action under the Federal Declaratory Judgment Act.

7. Paragraph 7 contains conclusions of law to which no responsive pleading is required.

## COUNT I

### Declaration of Non-Infringement of the '511 Patent

8. Denied.

## COUNT II

### Declaration of Invalidity of the '511 Patent

9. Denied.

## PRAYER FOR RELIEF

Plaintiffs incorporate by reference the prayer for relief set forth in their complaint.

## JURY DEMAND

Plaintiffs respectfully demand trial by jury on all issues so triable.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Christopher P. Broderick
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Dated: October 16, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2006, the attached **REPLY TO VERSAMED MEDICAL SYSTEMS, INC.'S COUNTERCLAIMS** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | <u>HAND DELIVERY</u> |
| Steven P. Weihrouch, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | <u>VIA FEDERAL EXPRESS</u> |

*/s/ John G. Day*
_____
John G. Day