# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 7, 2007

The Honorable Joseph J. Farnan  
United States District Court  
844 King Street  
Wilmington, Delaware 19801

*VIA ELECTRONIC FILING*

Re: *Viasys Respiratory Care Inc., et al v. Versamed Medical Systems, Inc.*  
C.A. No. 06-579-JJF

Dear Judge Farnan:

The parties to the above action jointly submit the enclosed proposed Scheduling Order for the Court's consideration. The parties are available at the Court's convenience should Your Honor have any questions about the enclosed Order.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/rg  
Enclosure  
177534.1

c:  Jack B. Blumenfeld, Esquire (by hand; w/ enclosure)  
    Jeffrey M. Olson, Esquire (via electronic mail; w/ enclosure)  
    Steven P. Weihrouch, Esquire (via electronic mail; w/ enclosure)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br> <br> Plaintiffs, <br> <br> v. <br> <br> VERSAMED MEDICAL SYSTEMS, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 06-579-JJF |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **March 12, 2007** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **April 13, 2007**.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **May 18, 2007**.

(b) Maximum of **25** interrogatories, including contention interrogatories, for each side.

(c) Maximum of **40** requests for admission by each side.

(d) Maximum of **10** depositions by plaintiffs and **10** by defendant, excluding expert depositions. Depositions shall not commence until the discovery by Paragraph 3 (a, b and c) is completed.

(e) Fact discovery shall close on **November 14, 2007**.

(f) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party that bears the burden of proof on **November 16, 2007**; rebuttal reports are due by **December 19, 2007**.

(g) Expert discovery shall close on **January 25, 2008**.

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **June 22, 2007**.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **February 25, 2008**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held on **September 19, 2007**. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-Dispositive motions in Patent Cases. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____                    _____
              DATE                                              UNITED STATES DISTRICT JUDGE