IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)    C. A. No. 06-579 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Defendant Versamed's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served on March 12, 2007, upon the following counsel:

**BY HAND**

Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Defendant*
*VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

March 12, 2007

**CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on March 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Tiffany Geyer Lydon
>ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on March 12, 2007 upon the following in the manner indicated:

>**BY HAND**
>
>Tiffany Geyer Lydon
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899

>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden (#2881)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE  19801
>(302) 658-9200
>klouden@mnat.com