IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., ) | | |
| VIASYS MANUFACTURING INC., and ) | | |
| BIRD PRODUCTS CORPORATION, ) | | |
| ) | | |
| Plaintiffs, ) | C.A. No. 06-579-JJF | |
| ) | | |
| v. ) | | |
| ) | | |
| VERSAMED MEDICAL SYSTEMS, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 28th day of March, 2007, **VIASYS' FIRST SET OF REQUESTS FOR DOCUMENTS AND THINGS TO VERSAMED (NOS. 1-51)**

was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                   HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven P. Weihrouch, Esquire                                  VIA FEDERAL EXPRESS
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Paul H. Meier
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

Dated:  March 28, 2007
176706.1