IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., ) <br> VIASYS MANUFACTURING INC., and ) <br> BIRD PRODUCTS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERSAMED MEDICAL SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-579 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Defendant Versamed Medical Systems, Inc.'s First Request for Production of Documents and Things to Plaintiffs Viasys Respiratory Care Inc., Viasys Manufacturing Inc., and Bird Products Corporation; and 2) Defendant Versamed Medical Systems, Inc.'s First Set of Interrogatories to Plaintiffs Viasys Respiratory Care Inc., Viasys Manufacturing Inc., and Bird Products Corporation were served on March 23, 2007, upon the following counsel:

**BY E-MAIL AND U.S. MAIL**

Steven J. Balick  
Ashby & Geddes  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, DE  19899

Jeffrey M. Olson  
Sidley Austin, LLP  
555 West Fifth Street  
Los Angeles, CA  90013

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Karen Jacobs Louden*

                                      Jack B. Blumenfeld (#1014)
                                      Karen Jacobs Louden (#2881)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      *Attorneys for Defendant*
                                      *VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

March 28, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on March 28, 2007 upon the following in the manner indicated:

> **BY E-MAIL and HAND**
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> **BY E-MAIL**
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA  90013

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
klouden@mnat.com