IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

VIASYS RESPIRATORY CARE INC.,    )
VIASYS MANUFACTURING INC., and   )
BIRD PRODUCTS CORPORATION,       )
                                 )
            Plaintiff,           )
                                 )
       v.                        )        C.A. No. 06-579 (SLR)
                                 )
VERSAMED  MEDICAL SYSTEMS, INC., )
                                 )
            Defendant.           )
_____)

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Robert C. Nissen, Oblon, Spivak, McClelland, Maier & Neustadt, P.C.,

1940 Duke Street, Alexandria, VA  22314 to represent defendant in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys For Defendant*
  *VersaMed Medical Systems, Inc.*

March 30, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Dated: _____        _____
                                       United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 3-30-07

Robert C. Nissen
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Tiffany Geyer Lydon
> ASHBY & GEDDES

I also certify that copies were caused to be served on March 30, 2007 upon the following in the manner indicated:

**BY HAND**

> Tiffany Geyer Lydon
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899

*/s/    Karen Jacobs Louden*
klouden@mnat.com