IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., ) <br> VIASYS MANUFACTURING INC., and ) <br> BIRD PRODUCTS CORPORATION, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> VERSAMED MEDICAL SYSTEMS, INC., ) <br>   ) <br> Defendant. ) | C. A. No.  06-579 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Defendant Versamed Medical Systems, Inc.'s Second Request for Production of Documents and Things to Plaintiffs Viasys Respiratory Care Inc., Viasys Manufacturing Inc., and Bird Products Corporation; and 2) Defendant Versamed Medical Systems, Inc.'s Second Set of Interrogatories to Plaintiffs Viasys Respiratory Care Inc., Viasys Manufacturing Inc., and Bird Products Corporation were served upon the following counsel on the following dates in the following manner:

**By Email on April 11, 2007 And By First Class Mail on April 12, 2007**

> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Ave. 8th Flr.
> P.O. Box 1150
> Wilmington, DE  19899
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA  90013

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      */s/ Karen Jacobs Louden*

                      Jack B. Blumenfeld (#1014)
                      Karen Jacobs Louden (#2881)
                      1201 N. Market Street
                      P.O. Box 1347
                      Wilmington, DE 19899
                      (302) 658-9200
                      Attorneys for Defendant
                      VersaMed Medical Systems, Inc.

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

April 12, 2007

797861

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on April 12, 2007 upon the following in the manner indicated:

> **BY E-MAIL and HAND**
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> **BY E-MAIL**
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA  90013

>> */s/Karen Jacobs Louden*
>>
>> _____
>> klouden@mnat.com