IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 06-579-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 26th day of April, 2007, **VIASYS' RESPONSE TO VERSAMED'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO VIASYS (NOS. 1-61)** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire           ELECTRONIC MAIL AND FIRST CLASS MAIL
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven P. Weihrouch, Esquire          ELECTRONIC MAIL AND FIRST CLASS MAIL
Oblon, Spivak, McClelland, Maier
   & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Paul H. Meier
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

Dated:  April 27, 2007
176706.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Steven P. Weihrouch, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*
_____
Tiffany Geyer Lydon