IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., )<br>VIASYS MANUFACTURING INC., and )<br>BIRD PRODUCTS CORPORATION, )<br>                                              )<br>            Plaintiffs,       )<br>                                              )<br>    v.                                    )<br>                                              )<br>VERSAMED MEDICAL SYSTEMS, INC., )<br>                                              )<br>            Defendant.      ) | C. A. No.  06-579 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Defendant Versamed Medical Systems, Inc.'s Responses to Plaintiffs' First Set of Interrogatories (Nos. 1-15); and 2) Defendant Versamed Medical Systems, Inc.'s Responses to Viasys' First Set of Requests for Documents and Things (Nos. 1-51) were served upon the following counsel in the manner indicated below:

**BY E-MAIL on 4/30/07 AND U.S. MAIL on 5/1/07**

Steven J. Balick  
Ashby & Geddes  
500 Delaware Avenue  
P.O. Box 1150  
Wilmington, DE  19899  

Jeffrey M. Olson  
Sidley Austin, LLP  
555 West Fifth Street  
Los Angeles, CA  90013

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld*
                                        _____
                                        Jack B. Blumenfeld (#1014)
                                        Karen Jacobs Louden (#2881)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899
                                        (302) 658-9200
                                        *Attorneys for Defendant*
                                        *VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

April 30, 2007

2

## **CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document upon the following in the manner indicated:

> **BY E-MAIL**
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA  90013

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com