IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )  C. A. No. 06-579 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Versamed Medical Systems, Inc. requests that its Motion To Compel Plaintiffs To Provide Their Infringement Contentions In Response To Defendants' Interrogatory No. 1 be heard on June 1, 2007 at 10:00 a.m.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Karen Jacobs Louden (#2881)*
          Jack B. Blumenfeld (#1014)
          Karen Jacobs Louden (#2881)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899
          (302) 658-9200
          Attorneys for Defendant
          VersaMed Medical Systems, Inc.

OF COUNSEL:
Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

May 4, 2007
820503

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on May 4, 2007 upon the following in the manner indicated:

>**BY HAND**
>
>Steven J. Balick
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899
>
>**BY E-MAIL**
>
>Jeffrey M. Olson
>Sidley Austin, LLP
>555 West Fifth Street
>Los Angeles, CA  90013

*/s/ Karen Jacobs Louden (#2881)*

klouden@mnat.com