IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )   C. A. No. 06-579 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.
MOTION TO COMPEL PLAINTIFFS TO PROVIDE THEIR
INFRINGEMENT CONTENTIONS IN RESPONSE TO
<u>DEFENDANTS' INTERROGATORY NO. 1</u>**

Defendant Versamed Medical Systems, Inc. ("Versamed") hereby moves to compel plaintiffs Viasys Respiratory Care Inc., Viasys Manufacturing Inc. and Bird Productions Corporation to provide its infringement contentions in response to defendants' Interrogatory No. 1. The grounds for this motion are set forth in Versamed's opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden (#2881)*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Attorneys for Defendant
VersaMed Medical Systems, Inc.

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

May 4, 2007

820495

## **RULE 7.1.1 CERTIFICATE**

Counsel for Versamed Medical Systems, Inc. hereby certifies pursuant to D. Del. L.R 7.1.1 that they have discussed the subject of the foregoing motion with counsel for plaintiffs and that they have not been able to reach agreement thereon.

*/s/ Karen Jacobs Louden (#2881)*
Karen Jacobs Louden

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on May 4, 2007 upon the following in the manner indicated:

### **BY HAND**

>Steven J. Balick
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899

### **BY E-MAIL**

>Jeffrey M. Olson
>Sidley Austin, LLP
>555 West Fifth Street
>Los Angeles, CA  90013


*/s/ Karen Jacobs Louden (#2881)*

klouden@mnat.com