IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., )<br>VIASYS MANUFACTURING INC., and )<br>BIRD PRODUCTS CORPORATION, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>VERSAMED MEDICAL SYSTEMS, INC., )<br>  )<br>Defendant. ) | C.A. No. 06-579-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2007, **PLAINTIFFS' OBJECTIONS TO DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.'S SUBPOENA TO MEDLEN & CARROLL, LLP** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Steven P. Weihrouch, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | **VIA FEDERAL EXPRESS** |
| Peter Carroll, Esquire<br>Medlen & Carroll, LLP<br>101 Howard Street, Suite 350<br>San Francisco, CA 94105 | **VIA FEDERAL EXPRESS** |

ASHBY & GEDDES

/s/ Lauren E. Maguire

---

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Dated: May 9, 2007
176706.1