IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-579-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2007, **PLAINTIFFS' OBJECTIONS TO DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.'S SUBPOENA TO STETINA BRUNDA GARRED & BRUCKER** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Steven P. Weihrouch, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | **VIA FEDERAL EXPRESS** |
| Kit Stetina, Esquire<br>Stetina Brunda Garred & Brucker<br>75 Enterprise, Suite 230<br>Aliso Viejo, CA 92656 | **VIA FEDERAL EXPRESS** |

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

---

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Dated: May 9, 2007
176706.1