IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 06-579-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2007, **PLAINTIFFS' OBJECTIONS TO DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.'S SUBPOENA TO McDERMOTT WILL & EMERY** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Steven P. Weihrouch, Esquire <br> Oblon, Spivak, McClelland, Maier & Neustadt, P.C. <br> 1940 Duke Street <br> Alexandria, VA  22314 | <u>VIA FEDERAL EXPRESS</u> |
| Elliot Silverman, Esquire <br> McDermott Will & Emery <br> 18191 Von Karman Avenue, Suite 500 <br> Irvine, CA  92612 | <u>VIA FEDERAL EXPRESS</u> |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
(213) 896-6000

Dated:  May 9, 2007
176706.1