IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-579-JJF |
| v. | ) ) ) | |
| VERSAMED MEDICAL SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2007, **PLAINTIFFS' OBJECTIONS TO DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.'S SUBPOENA TO THOMAS WHITELAW & TYLER, LLP** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire  **HAND DELIVERY**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Steven P. Weihrouch, Esquire  **VIA FEDERAL EXPRESS**
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

James M. Whitelaw, Esquire  **VIA FEDERAL EXPRESS**
Thomas Whitelaw & Tyler, LLP
18101 Von Karman Avenue, Suite 230
Irvine, CA 92612

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiffs*

*Of Counsel:*

Jeffrey M. Olson
Matthew S. Jorgenson
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Dated: May 9, 2007
176706.1