IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., ) <br> VIASYS MANUFACTURING INC., and ) <br> BIRD PRODUCTS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERSAMED MEDICAL SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-579 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Versamed Medical Systems, Inc.'s Supplemental Responses to Plaintiffs' First Set of Interrogatories Nos. 1, 3, 4 and 7* were served on May 11, 2007, upon the following counsel:

**BY E-MAIL AND U.S. MAIL**

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Jeffrey M. Olson
Sidley Austin, LLP
555 West Fifth Street
Los Angeles, CA  90013

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899
        (302) 658-9200
        *Attorneys for Defendant*
        *VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

May 11, 2007

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on May 11, 2007 upon the following in the manner indicated:

> **BY E-MAIL and HAND**
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> **BY E-MAIL**
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA  90013

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)