IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., ) <br> VIASYS MANUFACTURING INC., and ) <br> BIRD PRODUCTS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERSAMED MEDICAL SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-579 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

1. The deadline for the exchange and completion of contention interrogatories, identification of fact witnesses and document production set forth in the Court's February 15, 2007 Rule 16 Scheduling Order (D.I. 13) is hereby extended through and including June 15, 2007.

2. Plaintiffs will supplement their response to Interrogatory No. 1 by May 23, 2007.

3. Defendant will supplement its responses to Interrogatory Nos. 7-9 and 15 by June 6, 2007.

4. In light of the foregoing stipulations, Plaintiffs' response to Defendant's Motion To Compel Plaintiffs To Provide Their Infringement Contentions In Response To Interrogatory No. 1 (D.I. 31) shall be due on June 15, 2007. The parties agree that Defendant will re-notice the hearing for such motion to July 13, 2007.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John G. Day (#2403)* | */s/ Karen Jacobs Louden (#2881)* |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| John G. Day (#2403) | Karen Jacobs Louden (#2881) |
| Tiffany Geyer Lydon (#3950) | 1201 N. Market Street |
| 500 Delaware Avenue | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE | (302) 658-9200 |
|   Attorneys for plaintiffs Viasys |   Attorneys for defendant |
|   Respiratory Care Inc., Viasys |   VersaMed Medical Systems, Inc. |
|   Manufacturing Inc., and Bird Products | |
|   Corporation | |

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan
United States District Court