IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)   C. A. No. 06-579 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that defendant Versamed Medical Systems, Inc. requests that its Motion To Compel Plaintiffs To Provide Their Infringement Contentions In Response To Defendants' Interrogatory No. 1 (D.I. 31), previously noticed to be heard on June 1, 2007, be set for the July 13, 2007 motion hearing at 10:00 a.m.

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Karen Jacobs Louden*

                                              Jack B. Blumenfeld (#1014)
                                              Karen Jacobs Louden (#2881)
                                              klouden@mnat.com
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899
                                              (302) 658-9200

OF COUNSEL:                                Attorneys for Defendant
Steven P. Weihrouch                VersaMed Medical Systems, Inc.
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

May 23, 2007

820503

## **CERTIFICATE OF SERVICE**

I, Karen Jacobs Louden, hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on May 23, 2007 upon the following in the manner indicated:

>**BY HAND**
>
>Steven J. Balick
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899
>
>**BY E-MAIL**
>
>Jeffrey M. Olson
>Sidley Austin, LLP
>555 West Fifth Street
>Los Angeles, CA  90013

*/s/ Karen Jacobs Louden*

klouden@mnat.com