IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., <br> VIASYS MANUFACTURING INC., and <br> BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> )    C. A. No. 06-579 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Versamed Medical Systems, Inc.'s Second Supplemental Responses to Plaintiffs' First Set of Interrogatories* were served on June 6, 2007, upon the following counsel:

**BY E-MAIL AND U.S. MAIL**

| | |
|---|---|
| Steven J. Balick <br> Ashby & Geddes <br> 500 Delaware Avenue <br> P.O. Box 1150 <br> Wilmington, DE 19899 | Jeffrey M. Olson <br> Matthew S. Jorgenson <br> Sidley Austin, LLP <br> 555 West Fifth Street <br> Los Angeles, CA  90013 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Defendant*
*VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
Eric W. Schweibenz
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

June 6, 2007

**CERTIFICATE OF SERVICE**

I, Jack B. Blumenfeld, hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused to be served copies of the foregoing document on June 6, 2007 upon the following in the manner indicated:

> **BY E-MAIL**
>
> Steven J. Balick
> Ashby & Geddes
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899
>
> **BY E-MAIL**
>
> Jeffrey M. Olson
> Sidley Austin, LLP
> 555 West Fifth Street
> Los Angeles, CA 90013

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)