IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>Defendant. | C.A. No. 06-579 (JJF) |

### DEFENDANT VERSAMED MEDICAL SYSTEMS, INC.'S
### MOTION TO COMPEL PLAINTIFFS TO PRODUCE A PRIVILEGE LOG

Defendant VersaMed Medical Systems, Inc. ("VersaMed") hereby moves to compel plaintiffs to produce a privilege log. The grounds for this motion are set forth in Versamed's opening brief, filed herewith.

Pursuant to D. Del. LR 7.1.1, Versamed certifies that a reasonable effort has been made to reach agreement with plaintiffs on the matters set forth in the motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
  *Attorneys for Defendant*
  *VersaMed Medical Systems, Inc.*

OF COUNSEL:

Steven P. Weihrouch
Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

July 6, 2007
915360

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on July 6, 2007 upon the following in the manner indicated:

### BY HAND

Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Jeffrey M. Olson
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA  90013

/s/ Karen Jacobs Louden

klouden@mnat.com