IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERSAMED MEDICAL SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-579 (JJF)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant VersaMed Medical Systems, Inc. requests that its Motion to Compel Plaintiffs to Produce a Privilege Log be heard on August 3, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
klouden@mnat.com
*Attorneys for Defendant*
*VersaMed Medical Systems, Inc.*

OF COUNSEL:
Steven P. Weihrouch
Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

July 6, 2007

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Tiffany Geyer Lydon
> ASHBY & GEDDES

I also certify that copies were caused to be served on July 6, 2007 upon the following in the manner indicated:

### BY HAND

Steven J. Balick
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Jeffrey M. Olson
Sidley Austin LLP
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013

/s/ *Karen Jacobs Louden*

klouden@mnat.com