IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., ) <br> VIASYS MANUFACTURING INC., and ) <br> BIRD PRODUCTS CORPORATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERSAMED MEDICAL SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-579 (JJF) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a) and (c), the parties Viasys Respiratory Care Inc., Viasys Manufacturing Inc., Bird Products Corporation, and Versamed Medical Systems, Inc., by and through their undersigned counsel, do hereby stipulate and agree that this action, including all claims and counterclaims, is dismissed without prejudice.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Karen Jacobs Louden* |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| sbalick@ashby-geddes.com | Karen Jacobs Louden (#2881) |
| John G. Day (#2403) | klouden@mnat.com |
| Tiffany Geyer Lydon (#3950) | 1201 N. Market Street |
| 500 Delaware Avenue | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE | (302) 658-9200 |
|   Attorneys for plaintiffs Viasys |   Attorneys for defendant |
|   Respiratory Care Inc., Viasys |   Versamed Medical Systems, Inc. |
|   Manufacturing Inc., and Bird Products | |
|   Corporation | |

August 1, 2007
1092413