AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv579 | DATE FILED<br>9/15/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Viasys Respiratory Care Inc., et al. | | DEFENDANT<br>VersaMed Medical Systems Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,877,511 B2 | 4/12/05 | Bird Products Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE ATTACHED STIPULATION OF DISMISSAL |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>August 16, 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIASYS RESPIRATORY CARE INC., VIASYS MANUFACTURING INC., and BIRD PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> VERSAMED MEDICAL SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) C. A. No. 06-579 (JJF) ) ) ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a) and (c), the parties Viasys Respiratory Care Inc., Viasys Manufacturing Inc., Bird Products Corporation, and Versamed Medical Systems, Inc., by and through their undersigned counsel, do hereby stipulate and agree that this action, including all claims and counterclaims, is dismissed without prejudice.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* <br> Steven J. Balick (#2114) <br> sbalick@ashby-geddes.com <br> John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> 500 Delaware Avenue <br> P.O. Box 1150 <br> Wilmington, DE <br>   Attorneys for plaintiffs Viasys <br>   Respiratory Care Inc., Viasys <br>   Manufacturing Inc., and Bird Products <br>   Corporation | */s/ Karen Jacobs Louden* <br> Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> klouden@mnat.com <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br>   Attorneys for defendant <br>   Versamed Medical Systems, Inc. |

August 1, 2007
1092413